IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Petitioner, | ) | CASE NO. 2:25-mj-00310 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **ORAL HEARING REQUESTED** |
| CARSON BIGHAM, | ) | |
|     Respondent. | ) | |

### MOTION FOR REVOCATION OF DETENTION ORDER (DOC. 14)

Now comes Defendant, Carson Bigham, who, through counsel, respectfully requests this Court to vacate the Magistrate's detention order pursuant to 18 USC § 3145(b) and order Mr. Bigham released from custody pursuant to the Bail Reform Act (BRA) and the Fifth Amendment's Due Process Clause.

This motion arises under 18 U.S.C. § 3145(b), which provides for de novo review of a magistrate judge's detention order. *United States v. Carter*, Dist. Court, SD Ohio 2021, 1:20-cr-62-1.

A motion for revocation or amendment "shall be determined promptly," reflecting the seriousness of detaining any defendant unnecessarily. 18 U.S.C. § 3145(b).

The previous finding that the government proved by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community was erroneous. 18 U.S.C. § 3142(g).

Additionally, at the time of the detention order, law enforcement was early in the process of subjecting electronics seized from Mr. Bighams's to forensic analysis.

The implication at the detention hearing was that Mr. Bigham's electronics might show evidence of a trove or at least significantly more alleged CSAM materials than the handful of items identified in the complaint and probable cause affidavit,  or evidence of plans to entice or

Case: 2:25-mj-00310-KAJ Doc #: 23 Filed: 09/19/25 Page: 2 of 2  PAGEID #: 30

endanger children.

The undersigned understands that forensic analysis of most, if not all, of the devices is complete, and no evidence of enticement or CSAM materials exists save for a single additional video in unallocated space on one of the devices.

Therefore, Defendant Bigham respectfully requests that this Court vacate the Magistrate's detention order and order Mr. Bigham released from custody after an oral hearing as requested herein.

Respectfully submitted,

**/s/ Adam G. Burke**
ADAM G. BURKE (0083184)
Attorney for Defendant
625 City Park Ave
Columbus, Ohio 43206
(614) 280-9122
burke142@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a true copy of the foregoing Notice of Substitution of Counsel upon all parties through the Court's CM/ECF filing system on this 19th day of September 2025.

**/s/ Adam G. Burke**
ADAM G. BURKE
Attorney for Defendant